H. Dickson Burton (Utah Bar No. 4004)
Brandon H. Pace (*Pro Hac Vice*)
TRASKBRITT, PC
230 South 500 East, Suite 300
P.O. Box 2550
Salt Lake City, UT 84110
Telephone: (801) 532-1922

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **MRS. FIELDS' BRAND,** a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**BATTERS & DOUGHS, INC.,** a New York corporation; **and JOHN EDWARDS,** an individual,<br><br>Defendants. | **[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>2:09-CV-00652-TS<br><br>The Honorable Ted Steward |

Currently before the Court is the Third Stipulated Motion to Extend Time for Defendants to Respond to the Complaint filed by Plaintiff Mrs. Fields' Brand seeking an additional extension of time of one month to respond. For good cause shown IT IS HEREBY ORDERED that said Motion is GRANTED.

Defendants' responses to the Complaint filed by Plaintiff Mrs. Fields' Brand shall be filed no later than October 28, 2009.

DATED this 21st day of October, 2009.

_____
U.S. District Court Judge Ted Stewart